IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>T D C CONCRETE, et al.,<br><br>              Defendants / | C-05-0930 MMC<br><br>**ORDER DIRECTING COUNSEL FOR DEFENDANTS TO REGISTER AS ECF USER, TO SUBMIT PDF VERSIONS OF MANUALLY-FILED DOCUMENTS, AND TO SUBMIT CHAMBERS COPIES; NOTICE TO DEFENDANTS RE: IMPOSITION OF SANCTIONS** |

      The above-titled action is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45.  Section VI of General Order 45 requires that, subject to limited exceptions, all documents in such cases be filed electronically.  Additionally, section IV (A) provides: "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."

      The docket reflects that on April 19, 2005, defendants manually filed with the Clerk of the Court two documents, specifically, an answer and a third-party complaint.  The docket also reflects that counsel for defendants has, to date, failed to register as an ECF User.

      Accordingly, IT IS HEREBY ORDERED that, if he has not already done so, counsel for defendants shall register forthwith as an ECF User and obtain an ECF User ID and

1  password.  Forms and instructions concerning registration can be found on the district
2  court's web site at ecf.cand.uscourts.gov.
3       IT IS FURTHER ORDERED that on or before June 3, 2005, counsel for defendants
4  e-mail the above-referenced answer and third-party complaint in Portable Document
5  Format ("PDF") to ecf-cand@cand.uscourts.gov, in order that said documents may be
6  attached electronically to the corresponding docket entry.[1]  Further, defendants shall also,
7  no later than June 3, 2005, provide a chambers copy of the answer and the third-party
8  complaint.[2]  If defendants fail to comply, the Court may impose sanctions, including, but not
9  limited to, striking of the answer and the third-party complaint.
10      **IT IS SO ORDERED.**

12  Dated:  May 24, 2005                    /s/ Maxine M. Chesney
                                            MAXINE M. CHESNEY
13                                          United States District Judge

---

[1] This procedure relates to the particular misfiled documents in question.  All future filings shall be in accordance with the procedures specified in General Order 45.

[2] For future reference, defendants shall comply with the Court's Standing Orders and General Order 45, both of which require that a party provide, no later than noon the day after a document is e-filed, a chambers copy of such e-filed document.