James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Andrea J. Kirkpatrick (SBN 229363)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA  94105
Telephone:  (415) 512-3501
Facsimile:  (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>          Plaintiffs,<br><br>  v.<br><br>T D C CONCRETE, a California corporation; and THOMAS W. DEVEREAUX, an Individual,<br><br>          Defendants. | Case No.:  C-05-0930 MMC<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their counsel of record herein, that the within action may be dismissed in its entirety.

DATED: August 29, 2005              STANTON, KAY & WATSON, LLP


                                    By_____/s/_____
                                            JAMES P. WATSON

                                    Attorneys for Plaintiffs

-1-
**STIPULATION FOR DISMISSAL OF ACTION AND [PROPOSED] ORDER [CASE NO. C-05-0930 MMC]**

| | | |
|---|---|---|
| 1 | DATED:  August 28, 2005 | LAW OFFICES OF F. SHAUN BURNS |
| 2 | | |
| 3 | | By_____/s/_____<br>F. SHAUN BURNS |
| 4 | | |
| 5 | | Attorney for Defendants |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

**IT IS SO ORDERED.**

DATED: August 29, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

F:\CASES\7000\7000.1027 T D C Concrete\PLEADINGS\Stipulation for Dismissal of Action.doc

-2-
**STIPULATION FOR DISMISSAL OF ACTION AND [PROPOSED] ORDER [CASE NO. C-05-0930 MMC]**